```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 08 B 08095
   NANETTE ESKRIDGE
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-4784

-------------------------------------------------------------------------------
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
      The case was filed on 04/03/2008 and was confirmed 05/28/2008.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was dismissed after confirmation 11/12/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
-------------------------------------------------------------------------------
INDIANA DEPT OF REVENUE    SECURED NOT I      86.01           .00            .00
INDIANA DEPT OF REVENUE    PRIORITY         6727.09           .00            .00
INDIANA DEPT OF REVENUE    UNSEC W/INTER     625.00           .00            .00
COUNTRYWIDE HOME LOANS     CURRENT MORTG        .00           .00            .00
COUNTRYWIDE HOME LOANS     MORTGAGE ARRE    2425.66           .00            .00
ECAST SETTLEMENT CORP      UNSEC W/INTER    5937.07           .00            .00
PORTFOLIO RECOVERY         UNSEC W/INTER     330.76           .00            .00
CITY OF CHICAGO PARKING    UNSEC W/INTER     301.66           .00            .00
DIRECT MERCHANTS BANK      UNSEC W/INTER  NOT FILED           .00            .00
EXXONMOBILE CITI           UNSEC W/INTER  NOT FILED           .00            .00
EXXON MOBIL CITIBANK       UNSEC W/INTER  NOT FILED           .00            .00
HSBC BANK NEVADA/HSBC CA   UNSEC W/INTER    2799.62           .00            .00
ECAST SETTLEMENT CORP      UNSEC W/INTER     215.53           .00            .00
KOHLS                      UNSEC W/INTER  NOT FILED           .00            .00
NCO FINANCIAL GROUP        UNSEC W/INTER  NOT FILED           .00            .00
PEOPLES GAS LIGHT & COKE   UNSEC W/INTER     716.84           .00            .00
EHS TRINITY HOSPITAL       UNSEC W/INTER  NOT FILED           .00            .00
PORTFOLIO RECOVERY ASSOC   UNSEC W/INTER     361.37           .00            .00
PIERCE & ASSOC             NOTICE ONLY    NOT FILED           .00            .00
ASSET ACCEPTANCE LLC       UNSEC W/INTER     153.26           .00            .00
LVNV FUNDING LLC ASSIGNE   UNSEC W/INTER     988.32           .00            .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY     3,491.50                       3,491.50
TOM VAUGHN                 TRUSTEE                                          296.26
DEBTOR REFUND              REFUND                                           358.49

         Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                          RECEIPTS          DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                   4,146.25

PRIORITY                                         .00

                   PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 08095 NANETTE ESKRIDGE
```

```
SECURED                                                             .00
UNSECURED                                                           .00
ADMINISTRATIVE                                                 3,491.50
TRUSTEE COMPENSATION                                             296.26
DEBTOR REFUND                                                    358.49
                                     ---------------   ---------------
TOTALS                                      4,146.25          4,146.25
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 02/25/09             _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE